

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00160-CR

**ROY GALLARDO,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

### From the County Court at Law
### Hill County, Texas
### Trial Court No. M0126-10

## MEMORANDUM OPINION

Roy Gallardo was convicted of Driving While License Suspended, enhanced. TEX. TRANSP. CODE ANN. § 521.457(a)(2), (f) (Vernon Supp. 2009). He was sentenced to 6 months in jail and a $500 fine. By letter, the Clerk of this Court notified Gallardo that his appeal was subject to dismissal because the trial court indicated on the certification of defendant's right of appeal that Gallardo had no right of appeal. *See* TEX. R. APP. P. 25.2(d). The Clerk also warned Gallardo that the Court would dismiss his appeal unless, within 21 days of the date of this letter, a response was filed showing grounds for continuing the appeal.

No response has been filed.  Accordingly, this appeal is dismissed.  *See id*.; 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Dismissed
Opinion delivered and filed June 2, 2010
Do not publish
[CR25]